## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN RUBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV251** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ROD KUSH FURNITURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the oral request of counsel for the counsel for the plaintiff, the telephone planning conference previously set for December 20, 2005 at 10:00 a.m. is cancelled and is **rescheduled for December 28, 2005 at 9:00 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

DATED this 20th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge