UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE RUBY, | ) | |
| | ) | 8:05CV251 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROD KUSH FURNITURE d/b/a | ) | |
| Furniture on Consignment, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Dismiss With Prejudice (Filing No. 33).

**IT IS ORDERED:**

This matter is dismissed with prejudice, each party to bear its own costs.

DATED this 1st day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge